## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE BARNES, ETTA LOBEL, AND STEPHANIE NOVAK, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>- against -<br><br>WAKEFERN FOOD CORP.,<br><br>　　　　　　　　　　Defendant | 7:22-cv-06089-PMH<br><br><br>Plaintiffs' Motion<br>for Class Certification |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Katherine Barnes, Etta Lobel, and Stephanie Novak's ("Plaintiffs") Motion for Class Certification, accompanying declarations, and any exhibits; all papers on file in this action; and, such further evidence as the Court may require, Plaintiffs will move this Court, before the Honorable Philip M. Halpern, at the Courthouse, 300 Quarropas St, White Plains NY 10601, on a date and time that the Court will determine, for an Order pursuant to Federal Rules of Civil Procedure 23(a), (b), and (c):

1. Certifying all persons who purchased Bowl & Basket's brand of graham crackers, labeled with the sweeteners of sugar and honey ("Product"), sold by Wakefern Food Corp. ("Defendant"), in New York, during the relevant statutes of limitations, excluding the judge or magistrate assigned to this case; Defendant; any entity in which Defendant has a controlling interest; Defendant's officers, directors, legal representatives, successors, and assigns, and persons who purchased the Product for the purpose of resale;

2. Appointing Katherine Barnes, Etta Lobel, and Stephanie Novak as representatives of the Class; and

3. Appointing Sheehan & Associates P.C. as Class Counsel.

Dated: July 18, 2024

Respectfully submitted,

/s/Spencer Sheehan

Sheehan & Associates P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

## Certificate of Service

I certify that on July 18, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | Electronic Filing | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan