## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KATHERINE BARNES, ETTA LOBEL, AND
STEPHANIE NOVAK, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

            - against -

WAKEFERN FOOD CORP.,

                    Defendant

7:22-cv-06089-PMH

Plaintiffs' Motion
for Class Certification

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support

of Katherine Barnes, Etta Lobel, and Stephanie Novak's ("Plaintiffs") Motion for Class

Certification, accompanying declaration such further evidence as the Court m Honorable Philip M. Halpern, at the Co date and time that the Court will dete Procedure 23(a), (b), and (c):

Motion denied without prejudice to renewal in accordance with Rule 2(C) of this Court's Individual Practices.

The Clerk of Court is respectfully directed to terminate the motion sequences pending at Doc. 48.

SO ORDERED.

_____
Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
        July 19, 2024

    1.  Certifying all persons w crackers, labeled with th

by Wakefern Food Corp. ("Defendant"), in New York, during the relevant

statutes of limitations, excluding the judge or magistrate assigned to this

case; Defendant; any entity in which Defendant has a controlling interest;

Defendant's officers, directors, legal representatives, successors, and

assigns, and persons who purchased the Product for the purpose of resale;

    2.  Appointing Katherine Barnes, Etta Lobel, and Stephanie Novak as representatives

of the Class; and

3.  Appointing Sheehan & Associates P.C. as Class Counsel.

Dated:            July 18, 2024

Respectfully submitted,

/s/Spencer Sheehan

Sheehan & Associates P.C.
60 Cuttermill Rd Ste 412
Great Neck NY 11021
(516) 268-7080
spencer@spencersheehan.com

2

**Certificate of Service**

I certify that on July 18, 2024, I served and/or transmitted the foregoing by the method below to the persons or entities indicated, at their last known address of record (blank where not applicable).

|  | Electronic Filing | First-Class Mail | Email | Fax |
|---|---|---|---|---|
| Defendant's Counsel | ☒ | ☐ | ☐ | ☐ |
| Plaintiffs' Counsel | ☒ | ☐ | ☐ | ☐ |
| Courtesy Copy to Court | ☒ | ☐ | ☐ | ☐ |

/s/ Spencer Sheehan