UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KATHERINE BARNES, ETTA LOBEL, and STEPHANIE NOVAK individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br><br><br>WAKEFERN FOOD CORP.,<br><br>Defendant. | 7:22-cv-06089 (PMH)<br><br><br><br>~~[PROPOSED]~~ ORDER FOR DISMISSAL OF STATE CONSUMER FRAUD ACT CLAIM WITH PREJUDICE |

Plaintiffs, by and through their counsel, and Defendant Wakefern Food Corp. ("Wakefern), by and through its counsel, having filed their Stipulation For Dismissal of Consumer Fraud Multi-State Class Claim, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that Plaintiffs' second count, captioned "Violation of State Consumer Fraud Acts" is dismissed with prejudice.

Dated: 8/15/24

_____
Philip M. Halpern
United States District Judge