## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### WHITE PLAINS COURTHOUSE

| | |
|---|---|
| ETTA LOBEL, and STEPHANIE NOVAK individually and on behalf of all others similarly situated, | 7:22-cv-06089-PMH |
| Plaintiffs, | |
| - against - | [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF STEPHANIE NOVAK |
| WAKEFERN FOOD CORP., | |
| Defendant | |

Plaintiff Stephanie Novak, by and through her counsel, and Defendant Wakefern Food Corp. ("Wakefern), by and through its counsel, having filed their Stipulation For Dismissal With Prejudice of Plaintiff Stephanie Novak, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that the claims of Plaintiff Stephanie Novak are dismissed with prejudice. Each party shall bear its own costs.

Dated: 10/22/2024
       White Plains, New York

_____
Philip M. Halpern
United States District Judge