UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS COURTHOUSE

| | |
|---|---|
| ETTA LOBEL, individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>- against -<br><br>WAKEFERN FOOD CORP.,<br><br>   Defendant | 7:22-cv-06089-PMH<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFF ETTA LOBEL |

Plaintiff Etta Lobel, by and through her counsel, and Defendant Wakefern Food Corp. ("Wakefern), by and through its counsel, having filed their Stipulation For Dismissal With Prejudice of Plaintiff Etta Lobel, and the Court, having been duly advised, now finds that the same should be granted.

**IT IS HEREBY ORDERED** that the claims of Plaintiff Etta Lobel are dismissed with prejudice. Each party shall bear its own costs and fees..

The Clerk of Court is respectfully directed to close this case.

Dated: 11/20/2024
White Plains, New York

_____
Philip M. Halpern
United States District Judge